H. Dickson Burton (4004)
Krista Weber Powell (8019)
TRASKBRITT, P.C.
230 South 500 East, Suite 300
P.O. Box 2550
Salt Lake City, UT  84110
Telephone:  (801) 532-1922
Attorneys for Defendant TV Guide Magazine, LLC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| **ETAGZ, INC.**<br><br>Plaintiff,<br><br>v.<br><br>**FLAMBEAU, INC., a Wisconsin Corporation, TV GUIDE MAGAZINE, LLC, a Delaware Limited Liability Company and FUTURE US, Inc., a California Corporation**<br><br>Defendants. | **TV GUIDE MAGAZINE, LLC'S NOTICE OF JOINDER IN FLAMBEAU INC.'S MOTION TO STAY**<br><br>Civil No.:  2:10-cv-00240-BSJ<br><br>U.S. District Court Judge Bruce S. Jenkins |

   PLEASE TAKE NOTICE that defendant TV GUIDE MAGAZINE, LLC by its counsel hereby joins defendant FLAMBEAU, INC'S Motion to Stay these proceedings pending the reexamination by the United States Patent and Trademark Office ("PTO") of the patent claims asserted against defendants in this action.

RESPECFULLY SUBMITTED,


DATED this 22nd day of December, 2010.


   /s/ H. Dickson Burton
H. Dickson Burton
Krista Weber Powell
TRASKBRITT, PC
230 South 500 East
P.O. Box 2550
Salt Lake City, UT 84110
Telephone: (801) 532-1922

Attorneys for Defendant TV Guide Magazine, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of December, 2010, I caused to be served, by email and U.S. mail, a true and correct copy of the foregoing upon:

Joseph Pia, Esquire
PIA ANDERSON DORIUS REYNARD & MOSS
299 S MAIN ST STE 1710
SALT LAKE CITY, UT 84111
Counsel for Plaintiff Etagz, Inc.

Anthony A. Tomaselli
Martha Jahn Snyder
Matthew J. Duchemin
QUARLES & BRADY LLP (WI)
33 E MAIN ST STE 900
MADISON, WI 53703
Counsel for Defendant Flambeau, Inc.

Michael L. Larsen
PARSONS BEHLE & LATIMER
201 S MAIN ST STE 1800
PO BOX 45898
SALT LAKE CITY, UT 84145-0898
Counsel for Defendant Future US, Inc.

David M. Bennion
PARSONS BEHLE & LATIMER
201 S. Main St., Suite 1800
PO BOX 45898
Salt Lake City, UT 84145-089
Counsel for Defendant Flambeau, Inc.

Mark N. Reiter
Robert A. Vincent
GIBSON DUNN & CRUTCHER (TX)
2100 MCKINNEY AVE STE 1100
DALLAS, TX 75201-6911
Counsel for Defendant Future US, Inc.

Neema Jalali
GIBSON DUNN & CRUTCHER LLP
555 MISSION ST STE 3000
SAN FRANCISCO, CA 94105
Counsel for Defendant Future US, Inc.

_____