Joseph G. Pia (9945)
joe.pia@padrm.com
PIA ANDERSON DORIUS REYNARD & MOSS
Wells Fargo Center
299 South Main Street, Suite 1710
Salt Lake City, Utah  84111
Phone:  (801) 350-9000
Facsimile: (801) 350-9010

*Attorneys for Plaintiff and Counter-Claim Defendant ETAGZ, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ETAGZ, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>FLAMBEAU, INC., et al,<br><br>        Defendants. | **PLAINTIFF ETAGZ INC.'S MOTION TO STRIKE DEFENDANT FLAMBEAU INC.'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO STAY PENDING REEXAM** |
| FLAMBEAU, INC.,<br><br>        Counterclaim Plaintiff,<br><br>v.<br><br>ETAGZ, INC.,<br><br>        Counterclaim Defendant. | Case No. 2:10-cv-00240-BSJ<br><br>Magistrate Judge Bruce S. Jenkins |

Pursuant to Rule 7-1 of the Rules of Practice of the United States District Court for the District of Utah, Plaintiff/Counter-Claim Defendant Etagz, Inc., by and through undersigned counsel, hereby respectfully moves this Court to strike Defendant Flambeau, Inc.'s Supplemental

Memorandum in Support of its Motion to Stay Pending Reexam. A memorandum of points and authorities is filed concurrently herewith.

DATED this 12th day of January, 2011.

                                    PIA ANDERSON DORIUS REYNARD & MOSS

                                    /s/ Joseph G. Pia
                                    Joseph G. Pia
                                    *Attorneys for Plaintiff Etagz, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served via electronic filing on the following em/ecf participants, this 12th day of January, 2011 to:

H. Dickson Burton hdburton@traskbritt.com, lmondragon@traskbritt.com, tlpalfreyman@traskbritt.com

David M. Bennion ecf@parsonsbehle.com

Matthew J. Duchemin matthew.duchemin@quarles.com, mary.sconzert@quarles.com, tina.kincaid@quarles.com

Martha Jahn Snyder martha.snyder@quarles.com

Anthony A. Tomaselli anthony.tomaselli@quarles.com, mary.sconzert@quarles.com, tina.kincaid@quarles.com

Krista Weber Powell kwpowell@traskbritt.com

                PIA ANDERSON DORIUS REYNARD & MOSS

                /s/ Joseph G. Pia
                Joseph G. Pia
                *Attorneys for Plaintiff Etagz, Inc.*