H. Dickson Burton (4004)
Krista Weber Powell (8019)
Edgar R. Cataxinos (7162)
Steven W. Gutke (12532)
TRASKBRITT, P.C.
230 South 500 East, Suite 300
P.O. Box 2550
Salt Lake City, UT  84110
Telephone:  (801) 532-1922

Attorneys for Defendant TV Guide Magazine, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **ETAGZ, INC.**<br><br>　　Plaintiff,<br><br>v.<br><br>**FLAMBEAU, INC.**, a Wisconsin Corporation, and **TV GUIDE MAGAZINE, LLC**, a Delaware Limited Liability Company<br><br>　　Defendants. | **TV GUIDE MAGAZINE, LLC'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**<br><br>Civil No.:  2:10-cv-00240-BSJ<br><br>U.S. District Court Judge Bruce S. Jenkins |

　　Pursuant to Rule 56 of the Federal Rules of Civil Procedure and 56-1 of the Local Rules of Practice, Defendant TV Guide, Inc. hereby moves this Court for a finding that United States Patent No. 6,298,332 is not infringed[1]

　　This Motion is supported by the Memorandum of Law and the Declarations of H. Dickson Burton and Stephen J. Kain filed herewith.

---

[1] TV Guide is bringing this Motion for Summary Judgment at this time on the limited issue of non-infringement on the grounds asserted in the supporting memorandum submitted herewith.  Should this motion be denied, TV Guide expressly reserves the right to later seek summary judgment on other grounds it has asserted including patent invalidity, and other grounds for non-infringement that may be applicable.

DATED this 1st day of February, 2012.

    /s/ H. Dickson Burton
H. Dickson Burton
Krista Weber Powell
Edgar R. Cataxinos
Steven W. Gutke
TRASKBRITT, PC
230 South 500 East
P.O. Box 2550
Salt Lake City, UT  84110
Telephone:  (801) 532-1922

Attorneys for Defendant TV Guide Magazine, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of February, 2012, a true and correct copy of the foregoing was served upon the following via the Court's ECF System:

Joseph Pia, Esquire
PIA ANDERSON DORIUS REYNARD & MOSS
222 S. Main Street, Suite 1830
Salt Lake City, UT 84101

Counsel for Plaintiff Etagz, Inc.

David M. Bennion
PARSONS BEHLE & LATIMER
201 S. Main St., Suite 1800
PO BOX 45898
Salt Lake City, UT 84145-089

Counsel for Defendant Flambeau, Inc.

Anthony A. Tomaselli
Josephine K. Benkers
Martha Jahn Snyder
Matthew J. Duchemin
QUARLES & BRADY LLP (WI)
33 E MAIN ST STE 900
MADISON, WI 53703

Counsel for Defendant Flambeau, Inc.